IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | : : : | |
| | : | CIVIL ACTION |
| v. | : : | NO. 12-MC-148 |
| FARMER'S PRIDE, INC. | : | |

**O R D E R**

    **AND NOW**, this   31st   day of   October  , 2012, upon consideration of Applicant Equal Employment Opportunity Commission's Application for an Order to Show Cause Why an Administrative Subpoena Should Not Be Enforced (ECF No. 1), and all papers submitted in support thereof and in opposition thereto, and after a hearing in open court, it is **ORDERED** that the Application is **GRANTED IN PART** and **DENIED IN PART** as follows:

1. Respondent Farmer's Pride, Inc. shall comply with Subpoena No. PA-12-12 ("Subpoena").

2. A confidentiality order prohibiting the disclosure of the private contact information of Respondent's employees to charging party Christian Ramirez, his attorney Liz Chacko, Esq., and Friends of Farmworkers and its attorneys, will be entered. The parties are directed to confer and submit a proposed confidentiality order to the Court on or before November 9, 2012.

3. Applicant's request for costs of litigating the enforcement of the Subpoena is

DENIED.

**IT IS SO ORDERED**.

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**