IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY : | |
| COMMISSION : | |
| : | CIVIL ACTION |
| v. : | |
| : | NO. 12-MC-148 |
| FARMER'S PRIDE, INC. : | |

# **O R D E R**

**AND NOW**, this  18th  day of   March  , 2014, it is **ORDERED** that Applicant Equal Employment Opportunity Commission's Motion for Reconsideration (ECF No. 24) and Plaintiff Intervenors Christian Ramirez and Friends of Farmworkers, Inc.'s Motion to Intervene (ECF No. 28) are **DENIED**. It is further **ORDERED** that Applicant's Motion to Stay (ECF No. 25) is **DISMISSED**.

**IT IS SO ORDERED.**

**BY THE COURT:**

_____
**R. BARCLAY SURRICK, J.**